# Velva L. Price
## Travis County District Clerk
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



October 1, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14001682 3rd Court of Appeals number 03-15-00599-CV, styled, STEPHEN DOROGHAZI V TEXAS AUSTIN HOTEL REALTY, is due in your office October 2, 2015. The 3rd Court of Appeals submitted a letter to appellant on September 29, 2015, requesting information be provided to the 3rd Court by October 9, 2015, relevant to this interlocutory appeal.

The Travis County District Clerk's office requests an extension of time of 10 days from the October 2, 2015, deadline; making the clerk's record due to the 3rd Court of Appeals on October 12, 2015.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-4309

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309